IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Brud Rossman, Esq.,                    :

        Plaintiff               :       Civil Action 2:12-cv-00199

v.                                     :       Judge Smith

Bernardita Tehrani,                    :       Magistrate Judge Abel

        Defendant              :

## Order

On June 6, 2012, plaintiff responded to the Court's May 23, 2012 Show Cause Order. *See* doc. 6. Plaintiff maintains that he provided the Court with proof of medical hardship and related financial hardship. The Court's April 2, 2012 Deficiency Order directed plaintiff to fill out and execute the Non-Prisoner Declaration in Support of Request to Proceed Without Prepayment of Fees and Costs. Plaintiff failed to do so. Plaintiff is ORDERED to complete the attached Declaration within thirty (30) days of this Order. Failure to do so will result in dismissal of this lawsuit.

                                                    s/ Mark R. Abel
                                                    United States Magistrate Judge

The fee for filing a civil complaint in the U. S. District Court is $350 plus the fees of the U.S. Marshal authorized in 28 U.S.C. §1921.  If you are unable to pay those fees, you may execute the following form, asking the Court to allow you to proceed without the prepayment of fees.

```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION


_____,     :
                            :
         Plaintiff          :   Case No.
                            :
    v.                      :   Non-Prisoner Declaration in
                            :   Support of Request to Proceed
_____,     :   In Forma Pauperis
                            :
         Defendant          :
```

I, _____, am the plaintiff in the above-entitled case.  In support of my motion to proceed without being required to prepay fees or costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefor; and that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1.  Are you presently employed?        ____ Yes    ____ No

    a.  If the answer is yes, state the amount of your salary and give the name and address of your employer.
        Salary - Wages
                            ( )  yearly
                            ( )  monthly
        $_____        ( )  bi-weekly
                            ( )  weekly

        Employer's name  _____

        Address  _____

    b.  If the answer is no, state the date of last employment and the amount of the salary you received.
        Date of last employment _____
        Salary - Wages
                            ( )  yearly
                            ( )  monthly
        $_____        ( )  bi-weekly

```
                                        ( )   weekly

2.   Have you received within the past 12 months any money from
     any of the following sources?

     a.   Business, profession, or form of self-employment?
          ____ Yes      ____ No
     b.   Rent payments, interest or dividends?     ____ Yes  ____
          No
     c.   Pensions, annuities, or life insurance payments?
          ____ Yes      ____ No
     d.   Gifts or inheritances?     ____ Yes  ____ No
     e.   Social security, supplemental security income, AFDC,
          general relief?       ____ Yes  ____ No

     If the answer to any of the above is yes, describe each
     source of money and state the amount received from each
     during the past 12 months.
     _____


     _____

     _____
                                                              _____
     _____

3.   Do you own any cash or do you have money in a checking or
     savings account?     ____ Yes  ____ No

     If the answer is yes, state the total value owned.

              Cash      $_____

              Checking  $_____

              Savings   $_____

4.   Do you own real estate, stocks, bonds, notes, automobiles,
     or other valuable property (excluding ordinary household
     furnishings or clothing)?       ____ Yes  ____ No

     If the answer is yes, describe the property and state its
     approximate value.

              Make                                         Value

         Autos _____         $_____

               _____         $_____

         Stocks _____        $_____

               _____         $_____
```

```
            Bonds   _____        $_____

                    _____        $_____

            Notes   _____        $_____

            Real Estate _____        $_____

                                 Mortgage       $_____
```

5.  List the persons who are dependent upon you for support; state your relationship to those persons; and indicate how much you contribute toward their support.

<u>Name</u>                          <u>Relationship</u>           <u>Contribution</u>

_____        _____        $_____

_____        _____

_____        _____        $_____

_____        _____        $_____

_____        _____        $_____

6.  You are single ___, married ___, widowed ___, separated ___, or divorced ___.

    If you are married, is your spouse employed? ____ Yes ____ No

    If yes, how much does your spouse earn?
            Salary - Wages
                                ( )  yearly
                                ( )  monthly
            $_____         ( )  bi-weekly
                                ( )  weekly

7.  List all your creditors, including banks, loan companies, credit companies, charge accounts, medical bills, etc.

    <u>Creditors</u>                    <u>Total Debt</u>            <u>Mo. Payment</u>

Apt. or Home _____       $_____         $_____

_____            $_____         $_____

_____            $_____         $_____

_____            $_____         $_____


I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 19\_\_\_.


_____	Signature of Plaintiff